IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00336-M-BM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CELESTIO LEFRANZ HARRINGTON,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion for Release on Compassionate Furlough. [DE 43–44]. Defendant advises that his mother died on February 1, 2025, and he seeks an order permitting him to attend her funeral on February 15, 2025. *Id.* at 2. After careful consideration, the motion is DENIED.

SO ORDERED this 10th day of February, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE